**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

UNITED STATES OF AMERICA

v.

MARIO ISLANDO MEJIA-RIVERA

No. 2:25-mj-00264-KFW

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT**

I, Ysean A. Ali, Border Patrol Agent of the United States Border Patrol, being first duly sworn, hereby depose and state as follows:

1.       I am a Border Patrol Agent-Intelligence with the United States Border Patrol ("USBP"), currently assigned to the Houlton Sector Prosecution Unit in Hodgdon, Maine. I have been an agent with the USBP since November 30, 2015. I completed the USBP Academy in May of 2016, where I received instruction in constitutional law, immigration law, criminal law, and federal and civil statutes. I have also received training in the detection, deterrence, interdiction, and arrest of; illegal contraband, terrorist, narcotics smugglers, alien smugglers, and aliens illegally present in the United States. In the course of my employment with USBP, I have been assigned to the Highway 57 and Farm to Market 2644 immigration checkpoints in Texas, where I was the primary agent and involved with multiple narcotic and human smuggling cases.

2.       I have conducted numerous criminal investigations involving illicit activity. I have gathered and structured evidence and facts, pertaining to administrative and criminal immigration cases. In the course of my duties, I have taken sworn statements from material witnesses and suspects. I routinely perform record checks through various law enforcement databases to establish accuracy of information as well

as to gather facts further relevant to a respective case. I have acted as a liaison between the United States Attorney's Office and field agents, and I have assisted fellow agents in the development of their cases.

3.      I make this affidavit in support of a Criminal Complaint charging Mario Islando MEJIA-RIVERA with one count of Illegal Re-Entry After Deportation, in violation of Title 8, United States Code, Section 1326(a). The information contained in this affidavit is based on my review of reports prepared by other law enforcement officers and conversations with involved personnel, as well as my training and experience as a prosecution case agent.

4.      On August 4, 2025, at approximately 6:47 p.m., Border Patrol Agent - Resident Agent (BPA-RA) Derek Wilcox, was contacted by Officer (Ofc) Adam Merrill of the Brunswick Police Department (BPD) regarding two subjects that were encountered during a traffic stop. Ofc Merrill requested assistance verifying their identities and BPA-RA Wilcox queried the information given. Record checks revealed both subjects were illegally present, and MEJIA-RIVERA was found to have several prior deportations, most recently in May of 2016. Both subjects were detained by Ofc Merrill and transported to BPD, as both subjects were not licensed operators.

5.      At approximately 7:29 p.m., BPA-RA Wilcox arrived at the BPD station, in Brunswick, Maine, and spoke with Ofc Merrill and Ofc Nathan Day. Ofc Day stated he stopped the vehicle for vehicle defects, including tinted taillights and tires that extended beyond the vehicle fenders.

6.      BPA-RA Wilcox then interviewed MEJIA-RIVERA, who had been detained at the BPD station. MEJIA-RIVERA was read his rights in the Spanish language and stated he understood his rights. He was asked what country he was a citizen of, and he

stated "Honduras". MEJIA-RIVERA was then asked if he had documents to be legally present in the United States and he answered "No".

7.      BPA-RA Wilcox then arrested and transported MEJIA-RIVERA, to the Two Bridges Regional County Jail, for overnight detention. On August 5, MEJIA-RIVERA was transported to the Area Port of Portland in South Portland, Maine for processing.

8.      Based on my training and experience, and supported by the foregoing facts, I have probable cause to believe the defendant violated Title 8, United States Code, Section 1326(a). I respectfully request that the accompanying Criminal Complaint be issued.

9.      I, Ysean A. Ali, hereby swear under oath that the information set forth in this affidavit is true and correct to the best of my knowledge, information, and belief, and I make this oath under pains and penalties of perjury.


Dated at Portland, Maine, this 8th day of August 2025.


_____
Ysean Ali
Border Patrol Agent
U.S. Border Patrol


Sworn to telephonically and signed
electronically in accordance with the
requirements of Rule 4.1 of the Federal Rules
of Criminal Procedures

Date:  Aug 08 2025

City and state:  Portland, Maine

_____
Judge's signature

Karen Frink Wolf,  U.S. Magistrate Judge
Printed name and title